# EXHIBIT A

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>HAMPSHIRE, SS: | Superior Court Department of the<br>Trial Court of the Commonwealth<br>Civil Action |

ALAN BOROWSKI

, Plaintiff(s)

No. 2080CV00085

v.

JODY KASPER, DOROTHY CLAYTON,
JOHN CARTLEDGE, JOHN DOE AND
CITY OF NORTHAMPTON

**SUMMONS**

, Defendant(s)

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

To the above-named Defendant : Jody Kasper

You are hereby summonsed and required to serve upon Peter J. Perroni , plaintiff attorney, whose address is 73 Princeton St.#306,No.Chelmsford,, MA 01863 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the 9th day of October , in the year of our Lord two thousand twenty.

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5)):

Dated: _____, 20___. _____

N.B.   TO PROCESS SERVER: -

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| Oct. 15 , 20 20 . |

Accepted by Nancy Frankel /s/

COMMONWEALTH OF MASSACHUSETTS                    Superior Court Department of the
HAMPSHIRE, SS:                                                              Trial Court of the Commonwealth
                                                                                              Civil Action

ALAN BOROWSKI                                                        No. 2080CV00085

, Plaintiff(s)

v.

JODY KASPER, DOROTHY CLAYTON,           **SUMMONS**
JOHN CARTLEDGE, JOHN DOE AND
CITY OF NORTHAMPTON

, Defendant(s)

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

To the above-named Defendant : Dorothy Clayton

You are hereby summonsed and required to serve upon Peter J. Perroni, plaintiff attorney, whose address is 73 Princeton St.#306, No.Chelmsford, MA 01863 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the 9th day of October, in the year of our Lord two thousand twenty.

*Harry Jekanowski, Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

　　　　I hereby certify and return that on _____, 20____.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5)):

Dated: _____, 20____.   _____

N.B.　TO PROCESS SERVER: -

　　　PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| Oct. 15 , 20 20 |

Accepted by [signature]

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>HAMPSHIRE, SS: | Superior Court Department of the<br>Trial Court of the Commonwealth<br>Civil Action |

| | |
|---|---|
| ALAN BOROWSKI<br><br>,Plaintiff(s)<br><br>v.<br><br>JODY KASPER, DOROTHY CLAYTON,<br>JOHN CARTLEDGE, JOHN DOE AND<br>CITY OF NORTHAMPTON<br><br>,Defendant(s) | No. 2080CV00085<br><br>SUMMONS |

<div style="writing-mode: vertical-rl;">NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office</div>

To the above-named Defendant : John Cartledge

You are hereby summonsed and required to serve upon Peter J. Perroni , plaintiff attorney, whose address is 73 Princeton St.#306,No.Chelmsford,,MA 01863 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the 9th day of October , in the year of our Lord two thousand twenty.

*Harry Jekanowski, Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20 ___.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5)):

Dated: _____, 20 ___.   _____

N.B.   TO PROCESS SERVER: -

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

> Oct. 15, 20 20.

*Accepted by [signature]*

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS:

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

ALAN BOROWSKI

No. 2080CV00085

,Plaintiff(s)

v.

JODY KASPER, DOROTHY CLAYTON,
JOHN CARTLEDGE, JOHN DOE AND
CITY OF NORTHAMPTON

SUMMONS

,Defendant(s)

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

To the above-named Defendant : City of Northampton

You are hereby summonsed and required to serve upon Peter J. Perroni , plaintiff attorney, whose address is 73 Princeton St.#306,No.Chelmsford ,MA 01863 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the 9th day of October , in the year of our Lord two thousand twenty.

*Harry Jekanowski Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

PROOF OF SERVICE OF PROCESS

    I hereby certify and return that on _____, 20 ___.
I served a copy of the within summons, together with a copy of the complaint in this action upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5):

Dated: _____, 20 ___. _____

N.B.    TO PROCESS SERVER: -

    PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

        Oct. 15 , 20 20

Accepted by _____